ing to admit certain letters received by the defendant from the railroad company in regard to the cross-ties. This evidence was clearly hearsay and inadmissible. The judgment of the Municipal Court is affirmed.

*Affirmed.*

**City of Chicago, Defendant in Error, v. James R. Ledwell, Plaintiff in Error.**

**Gen. No. 22,167.   (Not to be reported in full.)**

Error to the Municipal Court of Chicago; the Hon. ARNOLD HEAP, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1916. Reversed and remanded. Opinion filed June 27, 1917.

### Statement of the Case.

Prosecution by the City of Chicago, plaintiff, against James R. Ledwell, defendant, for violation of Chicago Code of 1911, sec. 982. To reverse a judgment imposing a penalty of $25, defendant prosecutes this writ of error.

EDWARD H. MORRIS, for plaintiff in error.

SAMUEL A. ETTELSON and HARRY B. MILLER, for defendant in error; DANIEL WEBSTER, of counsel.

MR. JUSTICE O'CONNOR delivered the opinion of the court.

### Abstract of the Decision.

MUNICIPAL CORPORATIONS, § 864*—*what must be proved in prosecution for violation of ordinance.* In a prosecution for the violation of a municipal ordinance which involves a penalty, the description of the place in which the violation is alleged to have occurred is material and necessary to be proved.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.